# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION




| | | |
|---|---|---|
| AZEEZAH SHARIF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV416-295 |
| | ) | |
| MAYOR AND ALDERMAN OF THE CITY OF SAVANNAH, | ) ) ) | |
| Defendants. | ) | |

## ORDER

Defendant the Mayor and Alderman of the City of Savannah moves the Court to stay discovery, pending disposition of its motion to dismiss. Doc. 22. Plaintiff responds that she "does not consent, but will not object to a stay of discovery." Doc. 24. Accordingly, the Court **GRANTS** the motion to stay. All discovery and other deadlines are stayed pending the disposition of the motion to dismiss. The motion to dismiss, even if granted in full, will not entirely resolve this case. *See* doc. 22 at 2. Within 14 days of the Court's disposition of that motion, then, the parties shall confer and submit a proposed amended scheduling order.

**SO ORDERED**, this 8th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA