IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AZEEZAH SHARIF,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　CASE NO. CV416-295
　　　　　　　　　　　　　　　　　)
MAYOR AND ALDERMAN OF THE　　　　 )
CITY OF SAVANNAH,　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　)

**O R D E R**

Before the Court is the parties' Stipulation of Dismissal With Prejudice. (Doc. 30.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. Defendant's Motion to Dismiss (Doc. 7) and Motion to Dismiss Certain Claims in Amended Complaint (Doc. 20) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of August 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM T. MOORE, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA